1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JIMMIE ALLISON PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-MJ-00206-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER: EXCLUSION OF TIME |
| vs. | |
| JIMMIE ALLISON PERRYMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD LERAS, Assistant United States Attorney, attorney for plaintiff, and MICHAEL E. HANSEN, attorney for defendant JIMMIE ALLISON PERRYMAN, that the previously-scheduled preliminary hearing date of September 28, 2009, be vacated and the matter set for preliminary hearing on October 20, 2009, at 2:00 p.m.

This continuance is requested to allow the parties to continue to engage in plea agreement negotiations.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 20, 2009, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  September 24, 2009                            Respectfully submitted,

/s/ Michael E. Hansen  
MICHAEL E. HANSEN  
Attorney for Defendant  
JIMMIE ALLISON PERRYMAN

Dated:  September 24, 2009

/s/ Michael E. Hansen for  
TODD LERAS  
Assistant U.S. Attorney  
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(H)(8)(B)(iv) and Local Code T4.

Dated: September 25, 2009                            /s/ Gregory G. Hollows  
                                                     GREGORY G. HOLLOWS  
                                                     United States Magistrate Judge