```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
 5
 6
 7
```

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  09-mj-0206 KJM
                                 )
12                  Plaintiff,   )  STIPULATION AND ORDER
                                 )  CONTINUING PRELIMINARY HEARING
13  v.                           )
                                 )  Date:  November 2, 2009
14  JIMMIE DESHONE GRIFFEN,      )  Time:  2:00 p.m.
                                 )  Judge: Dale A. Drozd
15                  Defendant.   )
                                 )
16                               )
                                 )
17

18

19       The parties to this action, defendant Jimmie Deshone Griffen and
20  plaintiff United States of America, hereby stipulate through their
21  respective attorneys to continue the preliminary hearing scheduled
22  for November 2, 2009, to November 30, 2009, at 2:00 p.m.
23       The parties are working toward reaching a pre-indictment
24  resolution of the pending charges.  The parties further agree that
25  the above reason constitutes good cause to extend the time for
26  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
27  that the time within which the indictment must be filed should be
28  extended to November 30, 2009, pursuant to the Speedy Trial Act, 18

U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above. Shari Rusk has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on her behalf.

                                     Respectfully submitted,

Dated:  October 30, 2009

                                     /s/ Todd D. Leras for
                                     SHARI RUSK
                                     Attorney for Defendant WENDY GARDINER

Dated: October 30, 2009

                                     /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant United States Attorney

**ORDER**

    Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to November 30, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

DATED: October 30, 2009.

                                           DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/griffen0206.stipord(2)