BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JIMMIE ALLISON PERRYMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Mag. 09-0206 KJM <br><br> STIPULATION AND <br> ORDER CONTINUING PRELIMINARY <br> HEARING |

   IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael E. Hansen, Counsel for Defendant Jimmie Perryman, that the preliminary hearing scheduled for January 20, 2010, be continued to February 17, 2010, at 2:00 p.m.
   Defendant and the government are discussing possible pre-indictment resolution of this matter.  Defense counsel has requested additional discovery which he believes will assist with potential early resolution.  In light of the settlement discussions, both parties are requesting additional time for attorney preparation.

1

The government and defendant agree that the settlement discussions constitute good cause to extend the time for preliminary hearing under Federal Rules of Criminal Procedure and 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including February 17, 2010.

Michael Hansen agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: January 20, 2010                By: /s/ Todd D. Leras
                                       TODD D. LERAS
                                       Assistant U.S. Attorney


DATED: January 20, 2010                By: /s/ Todd D. Leras for
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       JIMMIE ALLISON PERRYMAN

1 **IT IS HEREBY ORDERED:**

2     1.   The preliminary hearing set for January 20, 2010, is
3 continued to February 17, 2010, at 2:00 p.m.

4     2.   Based on the stipulations and representations of the
5 parties, the Court finds good cause to extend the time for the
6 preliminary hearing, and time is excluded up to and including
7 February 17, 2010. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
8 T4 (reasonable time to prepare)).

9     IT IS SO ORDERED.

11 Date: January 20, 2010.

14                                           _____
15                                           U.S. MAGISTRATE JUDGE