Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JIMMIE PERRYMAN, et al.,<br><br>                    Defendants. | No. 2:09-mj-206 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jimmie Perryman, and Shari Rusk, attorney for defendant Jimmie Griffen, that the previously-scheduled preliminary examination date of February 17, 2010 at 2:00 PM before Magistrate Judge Kendall J. Newman, be vacated and the matter set for preliminary examination on March 22, 2010, at 2:00 p.m. before Magistrate Judge Dale A. Drozd.

This continuance is requested to allow of defense counsel to review discovery that was just recently received.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 22, 2010, should be excluded in

/ / / / /

/ / / / /

1

/ / / / /

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  February 16, 2010                                    Respectfully submitted,

                                                                 /s/ Michael E. Hansen
                                                                 MICHAEL E. HANSEN
                                                                 Attorney for Defendant
                                                                 JIMMIE PERRYMAN

Dated:  February 16, 2010                                    /s/ Shari G. Rusk
                                                                 SHARI G. RUSK
                                                                 Attorney for Defendant
                                                                 JIMMIE GRIFFEN

Dated: February 16, 2010                                     /s/ Todd D. Leras
                                                                 TODD D. LERAS
                                                                 Assistant U.S. Attorney
                                                                 Attorney for Plaintiff

ORDER

     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  Februaury 16, 2010

                                                          /s/ Kendall J. Newman
                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE