1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656



FILED

MAR 2 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-206 KJM |
| Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | Date:    April 28, 2010 |
| JIMMIE PERRYMAN, et. al., | Time:    2:00 p.m. |
| Defendants. | Judge:   Hon. Dale A. Drozd |

The parties to this action, defendant Jimmie Deshone Griffen and Jimmie Perryman and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for March 22 2010, to April 28, 2010, at 2:00 p.m.

The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

1

1  that the time within which the indictment must be filed should be
2  extended to April 28, 2010, pursuant to the Speedy Trial Act, 18
3  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

                                    Respectfully submitted,

Dated: March 18, 2010            /s/ Shari Rusk
                                 Attoreny for Defendant
                                 Jimmie Deshone Griffen


                                 /s/ Mike Hansen
                                 Attorney for Defendant
                                 Jimmie Perryman


                                 /s/ Todd Leras
                                 Assistant United States Attorney



### ORDER

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to April 28, 2010, at 2:00 p.m., before Magistrate Judge Kendall N. Newman. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 3/23/10

                                 _____
                                 Hon. Dale A. Drozd
                                 United States Magistrate Judge