1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  P.O. Box 188945
   Sacramento, California  95818
3  Telephone: (916) 804-8656

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-mj-00206 KJM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) ) | Date:  June 2, 2010 |
| JIMMIE PERRYMAN, et. al., | ) ) | Time:  2:00 p.m. Judge: Hon. Dale A. Drozd |
| Defendants. | ) | |

The parties to this action, defendant Jimmie Deshone Griffen and Jimmie Perryman and plaintiff United States of America, hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for April 28, 2010, at 2:00 p.m. before Magistrate Judge Kendall J. Newman to June 2, 2010 at 2:00 p.m. before Magistrate Judge Dale A. Drozd and that date is available with the Court.

The parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that

1

the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to June 2, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: April 26, 2010      /s/ Shari Rusk
                           Attoreny for Defendant
                           Jimmie Deshone Griffen

                           /s/ Mike Hansen
                           Attorney for Defendant
                           Jimmie Perryman

                           /s/ Todd Leras
                           Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing scheduled for April 28, 2010, at 2:00 p.m. before Magistrate Judge Kendall J. Newman is VACATED and RESET for June 2, 2010 at 2:00 p.m. before Magistrate Judge Dale A. Drozd. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: April 27, 2010

                           /s/ Kendall J. Newman
                           Hon. Kendall J. Newman
                           United States Magistrate Judge

2