Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE PERRYMAN



FILED
JUN 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMIE PERRYMAN, et al.,<br><br>Defendants. | No. 2:09-MJ-206 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jimmie Perryman, and Shari Rusk, attorney for defendant Jimmie Griffen, that the previously-scheduled preliminary examination date of June 2, 2010, be vacated and the matter set for preliminary examination on July 20, 2010, at 2:00 p.m.

This continuance is requested to allow defense counsel to review discovery that was just received last week.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 20, 2010, should be excluded in comput-

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and Order to Continue Preliminary Examination**

ing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: June 1, 2010                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JIMMIE PERRYMAN

Dated: June 1, 2010                              /s/ Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant
JIMMIE GRIFFEN

Dated: June 1, 2010                              /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 and the preliminary hearing is continued until July 20, 2010 at 2:00 p.m., before Magistrate Judge Kendall J. Newman.

Dated: 6/1/10

_____
United States Magistrate Judge

2

**Stipulation and Order to Continue Preliminary Examination**