Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JIMMIE PERRYMAN, et al.,<br><br>　　　　　　　Defendants. | No. 2:09-MJ-206 KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jimmie Perryman, and Shari Rusk, attorney for defendant Jimmie Griffen, that the previously-scheduled preliminary examination date of July 20, 2010, be vacated and the matter set for preliminary examination on September 15, 2010, at 2:00 p.m.

This continuance is requested to allow defense counsel to continue to review discovery that was recently received.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 15, 2010, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: July 19, 2010                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
JIMMIE PERRYMAN

Dated: July 19, 2010                    /s/ Shari G. Rusk
SHARI G. RUSK
Attorney for Defendant
JIMMIE GRIFFEN

Dated: July 19, 2010                    /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled preliminary examination date of July 20, 2010, be vacated and the matter set for preliminary examination on September 15, 2010, at 2:00 p.m. before the Honorable Judge Kendall J. Newman. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: July 19, 2010                    /s/ Kendall J. Newman_____
United States Magistrate Judge