Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JIMMIE PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-mj-00206 KJM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |
| vs. | |
| JIMMIE PERRYMAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jimmie Perryman, and Shari Rusk, attorney for defendant Jimmie Griffen, that the previously-scheduled preliminary examination date of September 15, 2010, be vacated and the matter set for preliminary examination on October 19, 2010, at 2:00 p.m.

This continuance is requested to allow defense counsel to continue to review discovery that was recently received.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 19, 2010, should be excluded in

/ / / / /

/ / / / /

/ / / / /

1

computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  September 14, 2010				Respectfully submitted,

						/s/ Michael E. Hansen
						MICHAEL E. HANSEN
						Attorney for Defendant
						JIMMIE PERRYMAN

Dated:  September 14, 2010				/s/ Shari G. Rusk
						SHARI G. RUSK
						Attorney for Defendant
						JIMMIE GRIFFEN

Dated: September 14, 2010				/s/ Todd D. Leras
						TODD D. LERAS
						Assistant U.S. Attorney
						Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled preliminary examination date of September 15, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman is vacated and reset for October 19, 2010 at 2:00 p.m. before Magistrate Judge Dale A. Drozd. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  September 14, 2010

						/s/ Kendall J. Newman
						Kendall J. Newman
						United States Magistrate Judge