

**FILED**

OCT 18 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711  FAX 916.438.7721

4  Attorney for Defendant
   JIMMIE PERRYMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-MJ-206 KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY EXAMINATION** |
| vs. | |
| JIMMIE PERRYMAN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Jimmie Perryman, and Shari Rusk, attorney for defendant Jimmie Griffen, that the previously-scheduled preliminary examination date of October 19, 2010, be vacated and the matter set for preliminary examination on November 5, 2010, at 2:00 p.m.

This continuance is requested to allow defense counsel to continue to review discovery that was recently received.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through November 5, 2010, should be excluded in

/ / / / /
/ / / / /
/ / / / /

1

**Stipulation and Order to Continue Preliminary Examination**

1  computing time within which trial must commence under the Speedy Trial Act, pursuant to
2  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

4  Dated: October 18, 2010                                Respectfully submitted,

                                                          /s/ Michael E. Hansen
                                                          MICHAEL E. HANSEN
                                                          Attorney for Defendant
                                                          JIMMIE PERRYMAN

   Dated: October 18, 2010                                /s/ Shari G. Rusk
                                                          SHARI G. RUSK
                                                          Attorney for Defendant
                                                          JIMMIE GRIFFEN

   Dated: October 18, 2010                                /s/ Todd D. Leras
                                                          TODD D. LERAS
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled preliminary examination date of October 19, 2010, be vacated and the matter set for preliminary examination on November 5, 10`0, at 2:00 p.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: 10/18/10

United States Magistrate Judge

2

**Stipulation and Order to Continue Preliminary Examination**