1  SHARI RUSK, Bar. No. 170313
   Attorney at Law
2  1710 Broadway, # 111
   Sacramento, California  95818
3  Telephone: (916) 804-8656

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   CASE NO. 09-206 KJM
                                  )
11                 Plaintiff,     )   STIPULATION AND ORDER
                                  )   CONTINUING PRELIMINARY HEARING
12 v.                             )
                                  )   Date:   December 6, 2010
13 JIMMIE DESHONE GRIFFEN,et.al.  )   Time:   2:00 p.m.
                                  )   Judge:  Hon. Kimberley Mueller
14                 Defendants.    )
                                  )
15                                )
                                  )
16                                )
                                  )
17                                )
                                  )
18

19

20      The parties to this action, defendants Jimmie Deshone Griffen,

21 Jimmie Perryman and their undersigned counsel and plaintiff United

22 States of America, hereby stipulate through their respective

23 attorneys to continue the preliminary hearing scheduled for November

24 5 2010, to December 6, 2010, at 2:00 p.m.

25      The parties are working toward reaching a pre-indictment

26 resolution of the pending charges.  The parties further agree that

27 the above reason constitutes good cause to extend the time for

28 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

                                    1

that the time within which the indictment must be filed should be extended to November 2, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Respectfully submitted,

Dated: November 3, 2010   /s/ Shari Rusk
                                   Attoreny for Defendant
                                   Jimmie Deshone Griffen

                              /s/ Mike Hansen
                              Attorney for Defendant
                              Jimmie Perryman

                              /s/ Todd Leras
                              Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, the preliminary hearing in this matter is continued to December 6, 2010, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: November 3, 2010.

_____
U.S. MAGISTRATE JUDGE