```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

FILED

DEC -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIMMIE ALLISON PERRYMAN, and <br> JIMMIE DESHONE GRIFFEN, <br><br> Defendants. | Mag. 09-0206 KJM  *DwB* <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER CONTINUING PRELIMINARY <br> HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael E. Hansen, Counsel for Defendant Jimmie Perryman, and Attorney Shari Rusk, Counsel for Defendant Jimmie Griffen, that the preliminary hearing scheduled for December 6, 2010, be continued to January 14, 2011, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

The government has provided both defendants with pre-indictment Plea Agreements. Defense counsel need additional time to review the documents with their clients and conduct additional

1

investigation regarding the factual basis for the proposed resolution.  In light of the settlement discussions, all parties are requesting additional time for attorney preparation.

The government and both defendants agree that the settlement discussions constitute good cause to extend the time for preliminary hearing under Federal Rules of Criminal Procedure and 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including January 14, 2011.

Michael Hansen and Shari Rusk agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: December 6, 2010        By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney

DATED: December 6, 2010        By: /s/ Todd D. Leras for
                                   MICHAEL E. HANSEN
                                   Attorney for Defendant
                                   JIMMIE ALLISON PERRYMAN

DATED: December 6, 2010        By: /s/ Todd D. Leras for
                                   SHARI L. RUSK
                                   Attorney for Defendant
                                   JIMMIE DESHONE GRIFFEN

///
///
///
///

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for December 6, 2010, is continued to January 14, 2011, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including January 14, 2011. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: December  6 , 2010

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE