1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   JIMMIE PERRYMAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL CRAIG DENNIS, et al.,<br><br>    Defendants. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of March 18, 2011, be vacated and the matter set for status conference on May 6, 2011.

This continuance is requested to allow counsel additional time to review outstanding discovery that has yet to be received.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 6, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel
2  to prepare].

3  Dated: March 17, 2011                Respectfully submitted,

5  /s/ Michael E. Hansen
   MICHAEL E. HANSEN
   Attorney for Defendant
6  JIMMIE PERRYMAN

7  Dated: March 17, 2011                U.S. ATTORNEY'S OFFICE

9  By: /s/ Michael E. Hansen for
   TODD LERAS
   Assistant U.S. Attorney
10 Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of March 18, 2011, be vacated and the matter set for status conference on May 6, 2011.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

**Date:  3/21/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

**Stipulation and [Proposed] Order to Continue Status Conference**