1 Michael E. Hansen
Attorney at Law, SBN 191737
2 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 916.438.7711 FAX 916.438.7721

4 Attorney for Defendant
JIMMIE PERRYMAN
5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | No. 2:08-CR-0197 GEB |
| 11                Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| 12  vs. | |
| 13  MICHAEL CRAIG DENNIS, et al., | |
| 14                Defendants. | |

15

16 IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff; and
18 Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled
19 status conference date of May 6, 2011, be vacated and the matter set for status conference on
20 June 17, 2011.

21 This continuance is requested to allow counsel additional time to review outstanding
22 discovery that has yet to be received.

23 Accordingly, counsel and the defendants agree that time under the Speedy Trial Act
24 from the date this stipulation is lodged, through June 17, 2011, should be excluded in
25 computing time within which trial must commence under the Speedy Trial Act, pursuant to
26 / / / / /
27 / / / / /
28 / / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].

3  Dated: May 3, 2011                                       Respectfully submitted,

4

5                                                           /s/ Michael E. Hansen
                                                            MICHAEL E. HANSEN
                                                            Attorney for Defendant
6                                                           JIMMIE PERRYMAN

7  Dated: May 3, 2011                                       U.S. ATTORNEY'S OFFICE

8
                                                            By:  /s/ Michael E. Hansen for
9                                                           TODD LERAS
                                                            Assistant U.S. Attorney
10                                                          Attorney for Plaintiff

11

12
                                          **ORDER**
13
      IT IS HEREBY ORDERED that the previously-scheduled status conference date of
14
   May 6, 2011, be vacated and the matter set for status conference on June 17, 2011.  Time is
15
   excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and
16
   Local Code T4.
17
   **Date:  5/5/2011**
18

19

20                                          _____
                                            GARLAND E. BURRELL, JR.
21                                          United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**