Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JIMMIE PERRYMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JIMMIE PERRYMAN,<br><br>          Defendant. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd D. Leras, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of June 17, 2011, be vacated and the matter set for status conference on August 12, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 12, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].

3  Dated:  June 16, 2011                                Respectfully submitted,

5                                                       /s/ Michael E. Hansen
                                                        MICHAEL E. HANSEN
                                                        Attorney for Defendant
6                                                       JIMMIE PERRYMAN

7  Dated:  June 16, 2011                                U.S. ATTORNEY'S OFFICE

9                                                       By:  /s/ Michael E. Hansen for
                                                        TODD LERAS
                                                        Assistant U.S. Attorney
10                                                      Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 6, 2011, be vacated and the matter set for status conference on August 12, 2011.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

**Stipulation and [Proposed] Order to Continue Status Conference**