Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JIMMIE PERRYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>JIMMIE PERRYMAN,<br><br>        Defendant. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of October 21, 2011, be vacated and the matter set for status conference on December 2, 2011, at 9:00 a.m..

   This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Also, approximately 300 pages of additional discovery are expected to be produced by the U.S. Attorney in the near future.

   The Government concurs with this request.

   Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

**Stipulation and [Proposed] Order to Continue Status Conference**

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, October 19, 2011, to and including December 2, 2011.

   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

   IT IS SO STIPULATED.

Dated:  October 19, 2011                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            JIMMIE PERRYMAN

Dated:  October 19, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By:  /s/ Michael E. Hansen for
                                            TODD LERAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 19, 2011, to and including December 2, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

**Stipulation and [Proposed] Order to Continue Status Conference**

1  prepare).  It is further ordered that the October 21, 2011, status conference shall be continued
2  until December 2, 2011, at 9:00 a.m.
3  **IT IS SO ORDERED**.

6  Dated: October 20, 2011
   _____
   GARLAND E. BURRELL, JR.
   United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**