1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   JIMMIE PERRYMAN

5

6

7              **IN THE UNITED STATES DISTRICT COURT**

8            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,            No. 2:08-CR-0197 GEB

11                      Plaintiff,       **STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE STATUS**
12      vs.                              **CONFERENCE, AND TO EXCLUDE
                                         TIME PURSUANT TO THE SPEEDY**
13  JIMMIE PERRYMAN,                     **TRIAL ACT**

14                      Defendant.

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and

18  Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled

19  status conference date of April 27, 2012, be vacated and the matter set for status conference on

20  June 8, 2012, at 9:00 a.m..

21         This continuance is requested to allow counsel additional time to review discovery with

22  the defendant, to examine possible defenses and to continue investigating the facts of the case.

23  Also, the status conference for co-defendant Jimmie Griffen is currently scheduled for June 8,

24  2012.

25         The Government concurs with this request.

26         Further, the parties agree and stipulate the ends of justice served by the granting of such

27  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

28  that time within which the trial of this case must be commenced under the Speedy Trial Act

                                          1

**Stipulation and [Proposed] Order to Continue Status Conference**

1    should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

2    Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

3    stipulation, April 25, 2012, to and including June 8, 2012.

4         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5         IT IS SO STIPULATED.

6    Dated:  April 25, 2012                          Respectfully submitted,

7                                                    /s/ Michael E. Hansen
                                                     MICHAEL E. HANSEN
8                                                    Attorney for Defendant
                                                     JIMMIE PERRYMAN
9
     Dated:  April 25, 2012                          BENJAMIN B. WAGNER
10                                                   United States Attorney

11                                                   By:  /s/ Michael E. Hansen for
                                                     TODD LERAS
12                                                   Assistant U.S. Attorney
                                                     Attorney for Plaintiff
13

14                              **[PROPOSED] ORDER**

15        The Court, having received, read, and considered the stipulation of the parties, and

16   good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17   Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18   finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19   itself within the time limits established in 18 U.S.C. section 3161.   In addition, the Court

20   specifically finds that the failure to grant a continuance in this case would deny defense

21   counsel to this stipulation reasonable time necessary for effective preparation, taking into

22   account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23   granting the requested continuance outweigh the best interests of the public and the defendants

24   in a speedy trial.

25        The Court orders that the time from the date of the parties' stipulation, April 25, 2012,

26   to and including June 8, 2012, shall be excluded from computation of time within which the

27   trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section

28   3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

2

**Stipulation and [Proposed] Order to Continue Status Conference**

1  further ordered that the April 27, 2012, status conference shall be continued until June 8, 2012,

2  at 9:00 a.m.

3          **IT IS SO ORDERED**.

4          **Date:  4/25/2012**

6                                                        _____
                                                         GARLAND E. BURRELL, JR.

7                                                         United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**