Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JIMMIE PERRYMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>JIMMIE PERRYMAN,<br><br>             Defendant. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of October 5, 2012, be vacated and the matter set for status conference on November 16, 2012, at 9:00 a.m..

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The parties are working diligently towards a resolution.  Also, the status conference for co-defendant Jimmie Griffen is currently scheduled for November 16, 2012.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
2  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
3  stipulation, October 3, 2012, to and including November 16, 2012.
4      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
5      IT IS SO STIPULATED.

6  Dated:  October 3, 2012       Respectfully submitted,

7       /s/ Michael E. Hansen
     MICHAEL E. HANSEN
8       Attorney for Defendant
     JIMMIE PERRYMAN
9
10  Dated:  October 3, 2012       BENJAMIN B. WAGNER
     United States Attorney

11       By:  /s/ Michael E. Hansen for
     TODD LERAS
12       Assistant U.S. Attorney
     Attorney for Plaintiff
13

14  **[PROPOSED] ORDER**

15      The Court, having received, read, and considered the stipulation of the parties, and
16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense
21  counsel to this stipulation reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
23  granting the requested continuance outweigh the best interests of the public and the defendants
24  in a speedy trial.
25      The Court orders that the time from the date of the parties' stipulation, October 3, 2012,
26  to and including November 16, 2012, shall be excluded from computation of time within which
27  the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
28  section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

2

**Stipulation and [Proposed] Order to Continue Status Conference**

1  It is further ordered that the October 5, 2012, status conference shall be continued until
2  November 16, 2012, at 9:00 a.m.
3  **IT IS SO ORDERED**.
4  **Date:  10/3/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**