1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   JIMMIE PERRYMAN

5

6

7              IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              No. 2:08-CR-0197 GEB

11                         Plaintiff,      **STIPULATION AND [PROPOSED]**
                                           **ORDER TO CONTINUE STATUS**
12        vs.                              **CONFERENCE, AND TO EXCLUDE**
                                           **TIME PURSUANT TO THE SPEEDY**
13  JIMMIE PERRYMAN,                       **TRIAL ACT**

14                         Defendant.

15

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and

18  Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled

19  status conference date of October 5, 2012, be vacated and the matter set for status conference

20  on November 16, 2012, at 9:00 a.m..

21        This continuance is requested to allow counsel additional time to review discovery with

22  the defendant, to examine possible defenses and to continue investigating the facts of the case.

23  The parties are working diligently towards a resolution.  Also, the status conference for co-

24  defendant Jimmie Griffen is currently scheduled for November 16, 2012.

25        The Government concurs with this request.

26        Further, the parties agree and stipulate the ends of justice served by the granting of such

27  a continuance outweigh the best interests of the public and the defendant in a speedy trial and

28  that time within which the trial of this case must be commenced under the Speedy Trial Act

                                   1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

2  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

3  stipulation, October 3, 2012, to and including November 16, 2012.

4       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

5       IT IS SO STIPULATED.

6  Dated:  October 3, 2012          Respectfully submitted,

7            /s/ Michael E. Hansen

8            MICHAEL E. HANSEN
             Attorney for Defendant

9            JIMMIE PERRYMAN

10 Dated:  October 3, 2012          BENJAMIN B. WAGNER
             United States Attorney

11           By:  /s/ Michael E. Hansen for

12           TODD LERAS
             Assistant U.S. Attorney
             Attorney for Plaintiff

13

14 **[PROPOSED] ORDER**

15      The Court, having received, read, and considered the stipulation of the parties, and

16 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

17 Based on the stipulation of the parties and the recitation of facts contained therein, the Court

18 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

19 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

20 specifically finds that the failure to grant a continuance in this case would deny defense

21 counsel to this stipulation reasonable time necessary for effective preparation, taking into

22 account the exercise of due diligence.  The Court finds that the ends of justice to be served by

23 granting the requested continuance outweigh the best interests of the public and the defendants

24 in a speedy trial.

25      The Court orders that the time from the date of the parties' stipulation, October 3, 2012,

26 to and including November 16, 2012, shall be excluded from computation of time within which

27 the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

28 section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).

**Stipulation and [Proposed] Order to Continue Status Conference**

It is further ordered that the October 5, 2012, status conference shall be continued until November 16, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

**Date:** **10/3/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**