Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JIMMIE PERRYMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>JIMMIE PERRYMAN,<br><br>       Defendant. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of February 8, 2013, be vacated and the matter set for status conference on February 22, 2013, at 9:00 a.m..

This continuance is requested to allow counsel additional time to engage in plea negotiations.  The parties are working diligently towards a resolution.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1    stipulation, February 7, 2013, to and including February 22, 2013.

2         Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3         IT IS SO STIPULATED.

4    Dated:  February 7, 2013                    Respectfully submitted,

5                                                /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
6                                                Attorney for Defendant
                                                 JIMMIE PERRYMAN
7
     Dated:  February 7, 2013                    BENJAMIN B. WAGNER
8                                                United States Attorney

9                                                By:  /s/ Michael E. Hansen for
                                                 TODD LERAS
10                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
11

12                          **[PROPOSED] ORDER**

13        The Court, having received, read, and considered the stipulation of the parties, and

14   good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

15   Based on the stipulation of the parties and the recitation of facts contained therein, the Court

16   finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

17   itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

18   specifically finds that the failure to grant a continuance in this case would deny defense

19   counsel to this stipulation reasonable time necessary for effective preparation, taking into

20   account the exercise of due diligence.  The Court finds that the ends of justice to be served by

21   granting the requested continuance outweigh the best interests of the public and the defendants

22   in a speedy trial.

23        The Court orders that the time from the date of the parties' stipulation, February 7,

24   2013, to and including February 22, 2013, shall be excluded from computation of time within

25   which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

26   U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

27   prepare).  It is further ordered that the February 8, 2013, status conference shall be continued

28   until February 22, 2013, at 9:00 a.m.

**Stipulation and [Proposed] Order to Continue Status Conference**

1    **IT IS SO ORDERED**.

2    **Date:  2/7/2013**

3

4                                        _____

5                                        GARLAND E. BURRELL, JR.
                                         Senior United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order to Continue Status Conference**