Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JIMMIE PERRYMAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JIMMIE PERRYMAN,<br><br>                  Defendant. | No. 2:08-CR-0197 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jimmie Perryman, that the previously-scheduled status conference date of February 22, 2013, be vacated and the matter set for status conference on March 29, 2013, at 9:00 a.m..

      This continuance is requested to allow counsel additional time to engage in plea negotiations.  The parties are working diligently towards a resolution.

      The Government concurs with this request.

      Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties'

**Stipulation and [Proposed] Order to Continue Status Conference**

1  stipulation, February 21, 2013, to and including March 29, 2013.

2  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED.

4  Dated: February 21, 2013                              Respectfully submitted,

5                                                                          /s/ Michael E. Hansen
                                                                              MICHAEL E. HANSEN
6                                                                          Attorney for Defendant
                                                                              JIMMIE PERRYMAN
7
8  Dated: February 21, 2013                              BENJAMIN B. WAGNER
                                                                              United States Attorney

9                                                                          By:  /s/ Michael E. Hansen for
                                                                                    TODD LERAS
10                                                                        Assistant U.S. Attorney
                                                                              Attorney for Plaintiff
11

12  **[PROPOSED] ORDER**

13  The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 21, 2013, to and including March 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the February 22, 2013, status conference shall be continued until March 29, 2013, at 9:00 a.m.

**Stipulation and [Proposed] Order to Continue Status Conference**

1     **IT IS SO ORDERED**.

2     **Date:  2/21/2013**

                                      GARLAND E. BURRELL, JR.
                                      Senior United States District Judge

**Stipulation and [Proposed] Order to Continue Status Conference**