UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:08-cr-0197-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST TO AMEND THE JUDGMENT** |
| JIMMIE PERRYMAN, | |
| Defendant. | |

On December 6, 2017, Defendant filed a request for amendment of "the Judgment and Commitment to include a recommendation to the RDAP program." Mem. at 1. Defendant argues: "Defense counsel inadvertently failed to make the request at sentencing." Id.

This recommendation was not included in the Presentence Report. Further, Defendant indicated during his sentencing hearing that he has been a law abiding person for years since he was arrested for the drug trafficking distribution activities involved in this case. Defendant's counsel also argued in Defendant's Sentencing Memo: "Mr. Perryman has been an upstanding and model citizen since this incident occurred more than 10 years ago. He has committed no crimes, while maintaining consistent employment until his retirement in 2015." Sent. Mem, at 5:1-3.

Since the record does not indicate that Defendant could benefit from the request, it is denied.

Dated: December 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge