1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      UNITED STATES OF AMERICA,                    No.  2:08-cr-00197-KJM

12                          Plaintiff,

13             v.                                     ORDER

14      JIMMIE ALLISON PERRYMAN,

15                          Defendant.

16

17             Defendant Jimmie Allison Perryman has, under oath, sworn or affirmed as to his

18      financial inability to employ counsel or has otherwise satisfied this Court that he is financially

19      unable to obtain counsel and wishes counsel be appointed to represent him on Compassionate

20      Release.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18

21      U.S.C. § 3006A,

22             IT IS HEREBY ORDERED that Alekxia Torres be appointed to represent the

23      above defendant in this case effective *nunc pro tunc* to June 3, 2020, substituting the Federal

24      Defenders Office appointed per G.O. 595.

25             This appointment shall remain in effect until further order of this court.

26      DATED: July 14, 2020.

27

28      _____

        CHIEF UNITED STATES DISTRICT JUDGE